UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

　　　　Plaintiff,

　　v.

SANTA CLARA COUNTY SHERIFF DEPARTMENT, et al.,

　　　　Defendants.

Case No. 25-cv-05201-NW

**ORDER DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE**

Re: ECF No. 24

Plaintiff Kenneth Ray Ballard, a state detainee proceeding pro se, filed a motion for the appointment of counsel. ECF No. 24.

There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981); *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in 42 U.S.C. § 1983 action), *withdrawn in part on other grounds on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998) (en banc). A court "may request an attorney to represent any person unable to afford counsel" under 28 U.S.C. § 1915(e)(1). The decision whether to appoint one rests within "the sound discretion of the trial court" and is generally granted in exceptional circumstances. *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). To determine whether appointment of counsel is warranted, the Court considers whether the claims are likely to be meritorious and the plaintiff's ability to articulate his claims "in light of the complexity of the legal issues involved." *Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004) (internal quotations omitted).

At this stage, this case does not present exceptional circumstances. The claims in his Amended Complaint, which have been served, are not especially complex. Moreover, Ballard has

shown he is capable of adequately presenting his claims, facts, and arguments, as evidenced by his numerous filings in this matter.  Accordingly, the Court **DENIES** the motion for the appointment of counsel at this time.

**IT IS SO ORDERED.**

Dated: February 10, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2