UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

Plaintiff,

v.

SANTA CLARA COUNTY SHERIFF DEPARTMENT, et al.,

Defendants.

Case No. 25-cv-05201-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Plaintiff Kenneth Ray Ballard, a former detainee, filed this pro se civil rights lawsuit challenging conditions at the Santa Clara County Jail. *See* ECF No. 28.  On February 6, 2026, the Court issued an order of service for his cognizable claims. *See* ECF No. 34.  The Court's order of service was, however, returned to the Court as undeliverable because Ballard was no longer in custody at the address he provided to the Court. *See* ECF No. 37.

Pursuant to Northern District Civil Local Rule 3-11, a pro se party whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. Civ. L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when:  (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address).  More than 60 days have passed, and the Court has not received any communications from Ballard.

Accordingly, the matter is **DISMISSED WITHOUT PREJUDICE**.

United States District Court
Northern District of California

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 28, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California