UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY BALLARD,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | Case No. 25-cv-05201-NW<br><br>**JUDGMENT** |

Pursuant to the order issued earlier today, this matter is **DISMISSED WITHOUT PREJUDICE**.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 28, 2026

Noël Wise
United States District Judge